United States District Court
Southern District of Texas
**ENTERED**
November 18, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| AQUILLA MCCULLOUGH, | § | |
| | § | |
| *Plaintiff*. | § | |
| | § | |
| VS. | § | 3:19-CV-00230 |
| | § | |
| WAL-MART STORES TEXAS, LLC, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On September 1, 2020, Defendant's Motion for Summary Judgment (Dkt. 19) was referred to United States Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1)(B). Dkt. 23. On September 22, 2020, Judge Edison filed a Memorandum and Recommendation (Dkt. 29) recommending that Defendant's Motion for Summary Judgment (Dkt. 19) be **GRANTED** and the case **DISMISSED**.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 29) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

2

(2) Defendant's Motion for Summary Judgment (Dkt. 19) is **GRANTED**.  This case is hereby **DISMISSED**.

It is so **ORDERED**.

Signed on Galveston Island on this the 18th day of November, 2020.

                                                              JEFFREY VINCENT BROWN
                                           UNITED STATES DISTRICT JUDGE